UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jay Stone, Patrick McDonough, Reginald "Reggie" Williams, Sr., Jeremiah "Kevin" O'Driscoll, Normandy Rogers, Mirjana "Mira" Grujicic, <br>     Plaintiffs, <br><br> v. <br><br> Rahm Emmanuel, Individually and as Mayer of the City of Chicago, Edward M. Burke, Individually and as Alderman And Chairman of the Chicago City Council Committee On Finance, City of Chicago, Illinois A Municipal Corporation and Body Politic, <br>     Defendants. | ) <br> ) <br> ) <br> ) Case No.: 18 C 05166 <br> ) <br> ) Hon. Robert M Dow, Jr., Judge <br> ) <br> ) Magistrate Sidney I Schenkier <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAIST ALL DEFENDANTS**

Plaintiffs, by undersigned Counsel, hereby voluntarily dismiss their complaint, without prejudice, against all defendants, Rahm Emmanuel, Edward M. Burke, and the City of Chicago, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                                                                                 Respectfully Submitted,

                                                                                                  Jay Stone, Patrick McDonough, Reginals "Reggie" Williams, Sr., Normandy Rogers, and Mirjana "Mira" Grujicic,

Attorney No. 6201254
Michael J. Greco
Attorney at Law
Attorney for Plaintiffs
175 W. Jackson Blvd.
Suite 240                                           By:_____/S/__ Michael J. Greco _____
Chicago, Ill. 60604                                       Michael J. Greco, Attorney at Law
312 222-0599                                                     Attorney for Plaintiffs
Michaelgreco18@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he served a copy of the foregoing document by the Court's electronic filing system sent to ANDREW S. MINE, CHRISTIE L. STARZEC, JUSTIN TRESNOWSKI City of Chicago, Department of Law, Constitutional and Commercial Litigation Division, 30 N. LaSalle Street, Suite 1230, Chicago, Illinois 60602 Christie.Starzec@cityofchicago.org, Andrew.Mine@cityofchicago.org, Justin.Tresnowski@cityofchicago.org before 11:59 pm on July 8, 2019.

By: s/ Michael J. Greco
Michael J. Greco, Attorney for Plaintiffs

Atty. No. 6201254
Michael Greco, Attorney at Law
Attorney for Plaintiffs
175 W. Jackson Blvd. Ste. 240
Chicago, Illinois 60604
312 222-0599
Email: michaelgreco18@yahoo.com